# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DINAH ROBINSON** | **CIVIL ACTION NO. 2:17-cv-1568** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **SCHOOL BOARD OF CALCASIEU, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 9] is **GRANTED,** and Plaintiff's state law claims are **DISMISSED WITH PREJUDICE**. Plaintiff's federal claims remain pending.

MONROE, LOUISIANA, this 18th day of September, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE